35050, 35051. CRANE v. GRIFFIN et al.; and vice versa.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

ARGUED JULY 9, 1979 — DECIDED SEPTEMBER 10, 1979.

*Schuder & Hartness, Edward L. Hartness,* for appellant (Case No. 35050).

*James Walters, Howard T. Overby, Joe K. Telford,*

for appellees (Case No. 35050).

*Telford, Stewart & Stephens, Joe K. Telford,* for appellants (Case No. 35051).

*Edward L. Hartness, James Walters,* for appellee (Case No. 35051).